**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-1300**


**JAMES MATHEWS**

**VERSUS**

**PAMELA VINEY MATHEWS**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 97-7986 C/W 99-511
HONORABLE GUY E. BRADBERRY, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**MICHAEL G. SULLIVAN,
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Billie Colombaro Woodard, Michael G. Sullivan, and Elizabeth
A. Pickett, Judges.


**Woodard, J., concurs.**

**AFFIRMED.**

**Kathleen Kay**
**Attorney at Law**
**Post Office Box 2042**
**Lake Charles, Louisiana 70602-2042**
**(337) 439-7616**
**Counsel for Plaintiff/Appellee:**
        **James Mathews**

**Pamela Viney Mathews**
**Attorney At Law**
**3001 N. Meadowlark Drive**
**Lake Charles, Louisiana 70607**
**(337) 474-9135**
**Defendant/Appellant in Proper Person**